# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CAPSOURCE, INC., *et al.*,

        Plaintiffs,

vs.

BETH MOORE,

        Defendant.

Case No. 2:15-cv-00354-MMD-GWF

**ORDER**

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Court granted the parties an extension of time to file its discovery plan and scheduling order to August 1, 2015. To date, the parties have not complied. Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **August 17, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

      DATED this 6th day of August, 2015.

                                                GEORGE FOLEY, JR.
                                              United States Magistrate Judge